UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ERIC KYU,

           Defendant.

---

**INFORMATION**

25 Cr. 105

## COUNT ONE
### (Possession of Child Pornography)

The United States Attorney charges:

1.    On or about August 7, 2024, in the Southern District of New York and elsewhere, ERIC KYU, the defendant, knowingly possessed and accessed with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, KYU, while in Westchester County, New York, possessed image and video files he downloaded from the internet depicting minors, including of prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit activity.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

## FORFEITURE ALLEGATION

2.     As a result of committing the offense alleged in Count One of this Information, ERIC KYU, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offense and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offense or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense and any visual depiction described in 18 U.S.C. § 2253(a)(1), and the following specific property, all of which was seized by law enforcement on or about August 7, 2024, from KYU's residence at the time of his arrest:

    a.     One silver SanDisk USB, marked with barcode E7326645;

    b.     One Microsoft surface computer;

    c.     One Cynagone cellphone, model A0001 One plus; and

    d.     One desktop computer, Ryzen 5000 series.

### Substitute Assets Provision

3.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third person;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

MATTHEW PODOLSKY
Acting United States Attorney